IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CATHERINE RENEE WHITE EAGLE, <br><br> Defendant. | CR-18-60-GF-BMM <br><br><br> ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 30, 2021. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 29, 2021. (Doc. 52.) The United States accused White Eagle of violating her conditions of supervised release 1) by failing to comply with her substance abuse testing program on two separate occasions; 2) by gambling; 3) by consuming alcohol; 4) by using norbuprenorphine; 5) by failing to make restitution payments as directed

by the United States Probation Office; 6) by failing to provide monthly financial documents to her probation officer; 7) by failing to report to her probation officer as directed on two separate occasions; and 8) by failing to report for substance abuse treatment.  (Doc. 47.)

At the revocation hearing, White Eagle admitted to violating the conditions of her supervised release 1) by failing to comply with her substance abuse testing program on two separate occasions; 2) by gambling; 3) by consuming alcohol; 4) by using norbuprenorphine; 5) by failing to make restitution payments as directed by the United States Probation Office; 6) by failing to provide monthly financial documents to her probation officer; 7) by failing to report to her probation officer as directed on two separate occasions; and 8) by failing to report for substance abuse treatment.  (Doc. 52.)  Judge Johnston found that the violations White Eagle admitted proved to be serious and warranted revocation, and recommended that White Eagle receive a custodial sentence of 10 weeks with 36 months of supervised release to follow.  (Doc. 54.)  White Eagle was advised of her right to appeal and her right to allocute before the undersigned.   (Doc. 52.)  The violations prove serious and warrant revocation of White Eagle's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Catherine Renee White Eagle be sentenced to the custody of the United States Bureau of Prisons for 10 weeks, with 36 months of supervised release to follow.  White should be subject to the release conditions imposed previously.

DATED this 18th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:18-cr-00060-BMM   Document 55   Filed 05/18/21   Page 4 of 4