IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE RENEE WHITE EAGLE,<br><br>Defendant. | CR 18-60-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Catherine Renee White Eagle (White Eagle) has been accused of violating the conditions of her supervised release. White Eagle admitted all of the alleged violations. White Eagle's supervised release should be revoked. White Eagle should be placed in custody for 4 months, with 20 months of supervised release to follow. White Eagle should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## II. Status

White Eagle pleaded guilty to Theft on October 29, 2020. (Doc. 21). The Court sentenced White Eagle to 5 years of probation. (Doc. 29). White Eagle's term of supervised release began on June 28, 2021. (Doc. 59 at 2).

**Petition**

The United States Probation Office filed a Petition on September 2, 2021, requesting that the Court revoke White Eagle's supervised release. (Doc. 59). The Petition alleged that White Eagle violated the conditions of her supervised release: 1) by failing to make restitution payments as directed by the United States Probation Office; 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; and 4) by failing to provide financial information to her probation officer.

**Initial appearance**

White Eagle appeared before the undersigned for her initial appearance on January 11, 2022. White Eagle was represented by counsel. White Eagle stated that she had read the petition and that she understood the allegations. White Eagle waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on January 11, 2022. White Eagle admitted that she had violated the conditions of her supervised release: 1) by failing to make restitution payments as directed by the United States Probation Office; 2) by failing to report for substance abuse testing; 3) by failing to report

for substance abuse treatment; and 4) by failing to provide financial information to her probation officer. The violations are serious and warrant revocation of White Eagle's supervised release.

White Eagle's violations are Grade C violations. White Eagle's criminal history category is I. White Eagle's underlying offense is a Class D felony. White Eagle could be incarcerated for up to 24 months. White Eagle could be ordered to remain on supervised release for up to 24 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

White Eagle's supervised release should be revoked. White Eagle should be placed in custody for 4 months, with 20 months of supervised release to follow. This sentence is sufficient but not greater than necessary. White Eagle should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

### IV. Conclusion

The Court informed White Eagle that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed White Eagle of her right to object to these Findings and

Recommendations within 14 days of their issuance. The Court explained to White Eagle that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> Catherine Renee White Eagle has violated the conditions of her supervised release: by failing to make restitution payments as directed by the United States Probation Office; by failing to report for substance abuse testing; by failing to report for substance abuse treatment; and by failing to provide financial information to her probation officer.

The Court **RECOMMENDS:**

> The District Court should revoke White Eagle's supervised release and commit White Eagle to the custody of the United States Bureau of Prisons for 4 months, with 20 months of supervised release to follow. White Eagle should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify,

4

in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 12th day of January, 2022.

*John Johnston*
United States Magistrate Judge