# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

CATHERINE RENEE WHITE
EAGLE,

        Defendant.

**CR-18-60-GF-BMM**

**ORDER**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 12, 2022. (Doc. 67.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 11, 2022. (Doc. 63.)  The United States accused White Eagle of violating her conditions of supervised release 1) by failing to make restitution payments as directed by the United States Probation Office; and 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; and 4) by failing to provide financial information to her probation officer.  (Doc. 59.)

At the revocation hearing, White Eagle admitted to violating the conditions of her supervised 1) by failing to make restitution payments as directed by the United States Probation Office; and 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; and 4) by failing to provide financial information to her probation officer. (Doc. 63.)  Judge Johnston found that the violations White Eagle admitted proved to be serious and warranted revocation, and recommended that White Eagle receive a custodial sentence of 4 months 20 months of supervised release to follow with the first 60 days of supervised release in a secure inpatient drug treatment facility as directed by her probation officer.  (Doc. 67.)  White Eagle was advised of her right to appeal and her right to allocute before the undersigned.  (Doc. 63.)  The violations prove serious and warrant revocation of White Eagle's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 67) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Catherine Renee White Eagle be sentenced to the custody of the United States Bureau of Prisons for 4 months, with 20 months of supervised release to follow, with the first 60 days of supervised release in a secure inpatient drug treatment facility as directed by her probation officer.

DATED this 31st day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court